# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

THOMAS KOELLEN,

    Plaintiff,

    v.    Case No. 08-C-1038

WARDEN WILLIAM POLLARD,
JEANANNE GREENWOOD,
RICHARD HEIDORN, MD,
JAMES GREER, and
JOHN and JANE DOES,

    Defendants.

# DECISION AND ORDER

In a decision and order dated August 31, 2010, the court granted summary judgment in favor of defendants Jeananne Greenwood, Richard Heidorn, M.D., Warden William Pollard and James Greer. The court also advised the plaintiff that his claims against the John Doe and Jane Doe defendants would be dismissed if he did not identify the parties by name on or before October 15, 2010. To date, the plaintiff has filed no documents with the court containing the names or identities of the John Doe and Jane Doe defendants.

**NOW, THEREFORE, IT IS ORDERED** that the unidentified defendants, named as Jane Does and John Does, be and hereby are **dismissed with prejudice**.

**IT IS FURTHER ORDERED** that judgment be entered accordingly.

Dated at Milwaukee, Wisconsin this 27th day of October, 2010.

BY THE COURT:

s/Patricia J. Gorence
Patricia J. Gorence
United States Magistrate Judge